**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BHMA, Inc., <br><br>　　　　　Plaintiff, <br><br>　　　v. <br><br>Zymol Enterprises, et al, <br><br>　　　　　Defendants. <br>_____ | CV 00-06984-RSWL <br><br>ORDER TO SHOW CAUSE RE: STATUS UPDATE FROM ALL PARTIES |

　　The Court orders that all Parties submit a written update advising the Court as to their current counsel of record as well as which claims and counterclaims remain in this action and as to which defendants and counterdefendants.

　　The parties shall have until October 14, 2009 to respond to this Court in writing.

**IT IS SO ORDERED.**

DATED: September 29, 2009

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　**HONORABLE RONALD S.W. LEW**
　　　　　　　　　　　　　　Senior, U.S. District Court Judge

1